**FILED**

JAN 0 7 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY KRALOVETZ, | No. C 11-1552 JSW (PR) |
| Petitioner, | **ORDER GRANTING EXTENSION OF TIME** |
| v. | |
| GROUNDS, Warden, | **(Docket Nos. 18, 20)** |
| Respondent. | |

Good cause appearing, Respondent's motion to file an oversize brief (docket 18) is GRANTED. Petitioner's motion for an extension of time in which to file a traverse (docket 20) is also GRANTED. The traverse is due on or before January 31, 2013.

IT IS SO ORDERED.

DATED: JAN 0 7 2013

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY KRALOVETZ,<br><br>      Plaintiff,<br><br>v.<br><br>GROUNDS et al,<br><br>      Defendant. | Case Number: CV11-01552 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodney T. Kralovetz
F79317
P.O. Box 705
Soledad, CA 93960

Dated: January 7, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk