FILED

JAN 31 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RODNEY KRALOVETZ,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>RANDY GROUNDS, Warden,<br><br>　　　　　　　　　Respondent. | C 11-1552 JSW (PR)<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE appearing, it is hereby ordered that Respondent may file a Memorandum of Points and Authorities that is 65 pages long in support of its Answer to the Order to Show Cause in this habeas corpus proceeding.

Dated: JAN 31 2013

_____
The Honorable Jeffrey S. White
United States District Judge

20647490.doc

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RODNEY KRALOVETZ,

    Plaintiff,

v.

GROUNDS et al,

    Defendant.

Case Number: CV11-01552 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 31, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodney T. Kralovetz
F79317
P.O. Box 705
Soledad, CA 93960

Dated: January 31, 2013

Richard W. Wieking, Clerk
By: Jen Ottolini, Deputy Clerk